Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Augustine Hernandez

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Augustine Hernandez, | **Case No.:** |
| Plaintiff, | |
| v. | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| Midland Credit Management, Inc., | |
| Defendant. | |

## PLAINTIFF'S COMPLAINT

Plaintiff, Augustine Hernandez (Plaintiff), through her attorneys, Krohn & Moss, Ltd., alleges the following against Defendant, Midland Credit Management, Inc., (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

- 1 -

*4.* Venue is proper pursuant to *28 U.S.C. 1391(b)(2).*

## PARTIES

5. Plaintiff is a natural person residing in Case Grande, Pinal County, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5).*

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency with a business office in San Diego, California.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Providian, with an account number ending in 8446 (Defendant's Account Number 8525018446)

11. Plaintiff's alleged debt owed to Providian arises from transactions for personal, family, and household purposes.

12. On October 5, 2009, Plaintiff's counsel faxed a cease and desist and a notice of representation letter to Defendant (Plaintiff's counsel's letter to Defendant and fax confirmation are attached as Group Exhibit A).

13. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with Plaintiff after October 5, 2009, in an attempt to collect a debt (Defendant's letter to Plaintiff dated May 12, 2011, is attached as Exhibit B).

**COUNT I**

**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

14. Defendant violated the FDCPA based on the following:

    a.   Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

    b.   Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, Augustine Hernandez, respectfully requests judgment be entered against Defendant, Portfolio Recovery Associates, LLC, for the following:

15. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

17. Any other relief that this Honorable Court deems appropriate.

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff, Augustine Hernandez, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  July 26, 2011          KROHN & MOSS, LTD.

By: <u>   /s/ Ryan Lee            </u>

         Ryan Lee
         Attorney for Plaintiff

- 3 -

PLAINTIFF'S COMPLAINT

1

## <u>VERIFICATION OF COMPLAINT AND CERTIFICATION</u>

2

STATE OF ARIZONA

3

Plaintiff, Augustine Hernandez, states the following:

4

1. I am the Plaintiff in this civil proceeding.

5

    a.   Yo soy el Demandante en este procedimiento civil.

6

2. Spanish is my native language.

7

    a.   Español es mi idioma natal.  .

8

9

3. I had someone translate to me the above-entitled civil Complaint from English to

10

Spanish prepared by my attorneys and I believe that all of the facts contained in it are

11

true, to the best of my knowledge, information and belief formed after reasonable

12

inquiry.

13

    a.   Tuve alguien que me traduzcan el pleito civil que mi abogados prepararon de

14

        inglés a español y yo opino que todos los hechos contenidos es verdad, según de

15

        mi conocimiento, después de indagación razonable.

16

4. I believe that this civil Complaint is well grounded in fact and warranted by existing law

17

or by a good faith argument for the extension, modification or reversal of existing law.

18

    a.   Creo que este pleito civil esta hecho bien y esta justificado por la ley o por un

19

        argumento de buena fe para la extensión, la modificación o la reversión de la ley

20

        existente.

21

5. I believe that this civil Complaint is not interposed for any improper purpose, such as to

22

harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a

23

needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

24

25

PLAINTIFF'S COMPLAINT

    a.  Creo que este pleito civil no es interpuesto para un impropio propósito, como molestar a cualquier Acusado, demorar esta causa a cualquier Acusado, ni crear un aumento innecesario en el costo del pleito a cualquier Acusado.

6. I have filed this Complaint in good faith and solely for the purposes set forth in it.

    a.  He archivado este pleito en de buena fe y para los fines expuso en ello.

7. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

    a.  Cada exhibición que proporcione a mis abogados que ha sido incluido a este pleito es una copia verdadera y correcta de la original.

8. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    a.  Menos redacciones claramente indicados hechas por mis abogados donde apropian, yo no he alterado, he cambiado, he modificado o he fabricado estas exhibiciones, sino que parte de las exhibiciones conectadas puede contener algunas de mis propias anotaciones escrito a mano.

9. Pursuant to 28 U.S.C. § 1746(2), I, Augustine Hernandez, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

    a.  Según al 28 U. S. C. § 1746(2), yo, ROSA HERNANDEZ, declaro (o certifico, verifico o indico) bajo pena de perjurio que el precedente es verdad y correcto.

July 26, 2011
_____
        Date

                             Augustine Hernandez

PLAINTIFF'S COMPLAINT

# EXHIBIT A

PLAINTIFF'S COMPLAINT

*Debt Counsel for Seniors & the Disabled*

# DCSD

October 5, 2009

**BY FAX ONLY:  800-561-7567**
**Page 1 of 3**

Collections Manager
Midland Credit Management
P.O. Box 603
Oaks,, PA  19456

**Re:   Augustine Hernandez & Francisca Hernandez**
       **Your file or reference No.: 8525018446; Providian: 5189-1310-1159-8591**
       **Our file No.:  1721**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws   Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc ) is protected by federal law   This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g.** Please provide any agreements our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off.  Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means.  Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c).** I have attached a signed **cease and desist** order from my client(s)   If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all legal remedies on behalf of my client(s).

Sincerely,

*Jerome S. Lamet*

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc: Augustine Hernandez & Francisca Hernandez

**Jerome S. Lamet, Supervising Attorney**
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois  60605
V: (312) 939-2221
F: (312) 939-27411

```
TRANSMISSION VERIFICATION REPORT
```

```
                                TIME   : 10/05/2009 14:14
                                NAME   : JEROME LAMET LTD
                                FAX    : 13123563199
                                TEL    : 13129392221
                                SER.#  : BROD8J797996
```

| | |
|---|---|
| DATE,TIME | 10/05  14:13 |
| FAX NO./NAME | |
| DURATION | |
| PAGE(S) | |
| RESULT | OK |
| MODE | STANDARD |

*Debt Counsel for Seniors & the Disabled*



# DCSD

October 5, 2009

**BY FAX ONLY:  800-561-7567**
**Page 1 of 3**

Collections Manager
Midland Credit Management
P.O. Box 603
Oaks,, PA  19456

**Re:  Augustine Hernandez & Francisca Hernandez**
**Your file or reference No.: 8525018446; Providian: 5189-1310-1159-8591**
**Our file No.: 1721**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws.  Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law.  This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g.**  Please provide any agreements our client signed with the original creditor, an accounting history showing how you got to the amounts claimed and when this alleged debt was charged off.  Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means.  Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c).**  I have attached a signed **cease and desist** order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **<u>EXHIBIT B</u>**

PLAINTIFF'S COMPLAINT

Return Mail Only - No Correspondence



Dept. 12421
PO Box 603
Oaks, PA 19456

#1721

*Oportunidad de pago con descuento*

05-12-2011

RECEIVED
JUN - 9 2011

2345-2770

#BWNHLTH
#0000 0852 5018 4463#
AUGUSTINE HERNANDEZ
57 NORTH CAMERON AVE
CASA GRANDE, AZ 85122-4509

| | |
|---|---|
| Información de contacto: | Tel (800) 282-2644 |
| Horas hábiles: | M-Th 6am - 7pm; Fri 6am - 5pm; Sat 6am - Noon PST |
| Propietario Actual: | Midland Funding LLC |
| Acreedor Original: | PROVIDIAN |
| Número de Cuenta Original: | 5189131011598591 |
| Número de Cuenta MCM: | 8525018446 |
| Saldo Actual: | $2,852.65 |
| Fecha de vencimiento del pago: | 06-11-2011 |

Estimado(a) AUGUSTINE HERNANDEZ,

Midland Credit Management, Inc., administrador de la cuenta en referencia quisiera ofrecerle la oportunidad de liquidar su cuenta con un descuento del 40%.

**Si usted paga $1,711.59 a más tardar el 06-11-2011 el saldo actual se considerará pagado\* por completo, suspendiendo así toda actividad de cobranza!**

Simplemente separe el certificado de aceptación de la oferta que se encuentra en la parte inferior de la pagina y mándelo con su pago de $1,711.59 utilizando el sobre incluido para su conveniencia o llame gratis a (800) 282-2644

**Entienda por favor que este comunicado proviene de una agencia de cobranza. Este comunicado tiene como objetivo el cobrar una deuda. Cualquier información obtenida será utilizada con ese fin.**

Atentamente,

Representante de Servicio a Clientes

*fax# 602-707-5513*
*Nicole*

\* Su informe de crédito no será actualizado si ya se ha vencido el período para informar requerido por las leyes federales

**AVISO: FAVOR DE VER INFORMACIÓN IMPORTANTE AL DORSO**

Separe el certificado de aceptación de la oferta y mándelo con su pago utilizando el sobre incluido

**Certificado de Aceptación de la Oferta**

AUGUSTINE HERNANDEZ
57 NORTH CAMERON AVE
CASA GRANDE, AZ 85122-4509

Número de Cuenta MCM: 8525018446
Saldo Actual: $2,852.65
**Cantidad a Pagar:** **$1,711.59**

Haga su cheque a nombre de: Midland Credit Management, Inc

**Fecha de vencimiento de la oferta: 06-11-2011**

**mcm**
Midland Credit Management, Inc
P O Box 60578
Los Angeles, CA 90060-0578

12 8525018446 3 0171159 061111 3

2770

SP52