1   Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
2   10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3   Tel: 323-988-2400 x241
Fax: 866- 861-1390
4   rlee@consumerlawcenter.com
Attorneys for Plaintiff,
5   Augustine Hernandez

6               **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**
7

8   Augustine Hernandez,                )   **Case No.: CV-11-1471-PHX-ROS**
                                        )
9              Plaintiff,               )   **NOTICE OF SETTLEMENT**
                                        )
10      v.                              )
                                        )
11  Midland Credit Management, Inc.,    )
                                        )
12             Defendant.               )
                                        )
13  _____ )

14
         NOW COMES the Plaintiff, Augustine Hernandez, by and through the undersigned
15
    counsel and hereby informs the court that a settlement of the present matter has been reached and
16
    is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the
17
    next 30 days.
18
         Plaintiff therefore requests that this honorable court vacate all dates currently set on
19
    calendar for the present matter.
20
                              Respectfully Submitted,
21
    Dated: March 8, 2012        KROHN & MOSS, LTD.
22

23
                              By: /s/ Ryan Lee
24
                                  Ryan Lee
                                  Attorney for Plaintiff
25

                                       - 1 -

                              Notice of Settlement

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2012, I served a copy of this document via ELECTRONIC MAIL upon the following:

Tomio B. Narita
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
tnarita@snllp.com


By: /s/ Ryan Lee

         Ryan Lee
         Attorney for Plaintiff

Notice of Settlement