IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Augustine Hernandez, ) | No. CV-11-01471-PHX-ROS |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Midland Credit Management, Inc., ) | |
| Defendant. ) | |

On March 8, 2012, the parties filed a notice of settlement. (Doc. 45). On March 9, 2012, the Court entered an order for the Clerk of the Court to dismiss the case and "enter judgment accordingly" on April 9, 2012. (Doc. 48). The parties did not file a notice of dismissal by April 9, 2012, so the Clerk of the Court entered judgment in favor of Defendant. (Doc. 49).

The Court's March 9, 2012 order should have instructed the Clerk of the Court to dismiss the case on April 9, 2012, but should not have instructed the Clerk of the Court to enter judgment.

Accordingly,

**IT IS ORDERED** the Court's March 9, 2012 order **(Doc. 48)** is **amended** to delete the instruction to "enter judgment accordingly."

**IT IS FURTHER ORDERED** the Clerk's Judgment **(Doc. 49)** is **VACATED**.

1 **IT IS FURTHER ORDERED** the **Clerk of the Court** shall **dismiss** this case.

2 DATED this 17th day of April, 2012.

_____
Roslyn O. Silver
Chief United States District Judge